TOWNSHIP OF SPRINGFIELD *v.* GREEN ET AL.

No. 675.   Decided December 11, 1967.

*Read Rocap, Jr.,* for appellant.

*R. Winfield Baile* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

DEVORE *v.* WEST VIRGINIA BOARD OF DENTAL EXAMINERS ET AL.

No. 686.   Decided December 11, 1967.

*William C. Beatty* for appellant.

*C. Donald Robertson,* Attorney General of West Virginia, and *Thomas B. Yost,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.